THOMAS COSTELLO, Appellant, *v.* GEORGE B. EDDY, Respondent.

(Argued June 25, 1891; decided October 6, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made November 26, 1890, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Circuit.

*C. H. Sturges* for appellant.

*C. S. Lester* for respondent.

Agree to affirm on opinion of MAYHAM, J., below.
All concur.
Judgment affirmed.

ANNA R. HARLOW, Respondent, *v.* ABNER MILLS, Appellant.

(Argued June 25, 1891; decided October 6, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 8, 1890, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*A. S. Cassidy* for appellant.

*William Vanamee* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.